PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 93-03049-02-CR-S-RED |
| DOCKET NUMBER (Rec. Court) | CR 07 0400 JSW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Phap Hgoc Nguyen | Western Missouri | Southern |

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Richard E. Dorr |

| DATES OF PROBATION /SUPERVISED RELEASE: | FROM 12/22/06 | TO 12/21/11 |
|---|---|---|

**OFFENSE**

Conspiracy to Distribute Cocaine Base
21 U.S.C. 846 and 841 (a)(1) and (b) (1) (A)
Aiding and Abetting the Distribution of Cocaine Base
21 U.S.C. 841 (a) (1) and (b) (1) (B) and 18 U.S.C. 2

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF MISSOURI**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **NORTHERN DISTRICT OF CALIFORNIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/31/07
Date

Richard E. Dorr, U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF CALIFORNIA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

25 June 2007
Effective Date

United States District Judge